## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CARLA HUNT, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 15-CV-638-GKF-FHM |
| ST. JOHN MEDICAL CENTER, INC., | ) ) ) |
| Defendant. | ) |

## JUDGMENT

Pursuant to the court's order granting defendant's Motion for Judgment on the Pleadings, it is ordered that the plaintiff Carla Hunt recover nothing, and the action be dismissed.

ENTERED this 2nd day of February, 2017.

*[signature]*
GREGORY K. FRIZZELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT